**Appeal Dismissed and Memorandum Opinion filed March 31, 2020.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

**NO. 14-18-00118-CV**

**SAN JACINTO RIVER AUTHORITY, Appellant**

**V.**

**THOMAS E. ROSS AND BETH F. ROSS, Appellees**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-58385**

## MEMORANDUM OPINION

On February 18, 2020, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a); *see also San Jacinto River Auth. v. Ogletree*, —- S.W.3d —-, No. 14-18-00043-CV, 2020 WL 428913, at *1 (Tex. App.—Houston [14th Dist.] Jan. 28, 2020, no pet. h.). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Bourliot, Hassan and Poissant.